New York City, for appellant. R. S. Johnstone, of New York City, for the People.

PER CURIAM. Judgment affirmed. Order filed.

SCOTT and DOWLING, JJ., dissent.

PEOPLE, Respondents, v. D'AMBROSIA, Appellant. (Supreme Court, Appellate Division, Second Department. November 12, 1915.) Proceeding by the People of the State of New York against Nazzarino D'Ambrosia. No opinion. Judgment of conviction of the Court of Special Sessions affirmed by default.

PEOPLE v. DE VILLERS. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Proceeding by the People of the State of New York against Yves De Villers. No opinion. Appellant allowed to argue the appeal on typewritten copies of the record and briefs. Case placed on the calendar for November 9, 1915, on filing the original record and appellant's brief. Settle order on notice. See, also, 153 N. Y. Supp. 1132.

PEOPLE v. DIXON. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Proceeding by the People of the State of New York against Rodman Dixon. No opinion. Motion granted. Order filed.

PEOPLE v. FOX. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Proceeding by the People of the State of New York against Jacob Fox. No opinion. Motion granted. Order filed.

PEOPLE v. DRAPER. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) Proceeding by the People of the State of New York against Clifton C. Draper. No opinion. Motion denied. See, also, 154 N. Y. Supp. 1034; 155 N. Y. Supp. 1131.

PEOPLE v. DRAPER. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Proceeding by the People of the State of New York against Clifton C. Draper.

PER CURIAM. Motion denied. See, also, 155 N. Y. Supp. 1131.

HOWARD, J., dissents. COCHRANE, J., not voting.

PEOPLE, Respondent, v. FOXIS, Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Proceeding by the People of the State of New York against Thomas Foxis. H. Pearlman, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. GEROW, Appellant. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Proceeding by the People of the State of New York against William T. Gerow. F. H. Reuman, of New York City, for appellant. E. C. Kindleberger, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Proceeding by the People of the State of New York against Smith Johnson.

PER CURIAM. Judgment of conviction affirmed.

HOWARD, J., dissents.

PEOPLE, Respondent, v. KINGSLEY, Appellant. (Supreme Court, Appellate Division, Third Department. September 21, 1915.) Appeal from Trial Term, Warren County. Action by the People of the State of New York against Fred Kingsley. From the judgment, defendant appeals. Judgment and order reversed, and new trial granted.

PER CURIAM. We think, in the interests of justice, that this judgment should be reversed, on the ground that the defendant should have been permitted to withdraw a juror and make a motion at Special Term for leave to amend his answer. Judgment and order reversed, and new trial granted, with costs to appellant to abide event.

PEOPLE, Respondent, v. KLIPFEL, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Proceeding by the People of the State of New York against Peter Klipfel. No opinion. Application to have appeal heard upon stenographer's minutes, without printing, denied.

PEOPLE, Respondent, v. KLIPFEL, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) Proceeding by the People of the State of New York against Peter Klipfel. No opinion. Appeal dismissed upon stipulation filed.

PEOPLE, Respondent, v. LONERGAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Proceeding by the People of the State of New York against Margaret Lonergan. No opinion. Motion granted, and appeal dismissed, with costs.

PEOPLE, Respondent, v. McDERMOTT DAIRY CO., Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Proceeding by the People of the State of New York against the McDermott Dairy Company. J. P. Donellan, of New York City, for appellant. E. C. Kindleberger, of New York City, for the People. No opinion. Judgment affirmed, on People v. Frudenberg, 155 App. Div. 199, 140 N. Y. Supp. 17, affirmed 209 N. Y. 218, 103 N. E. 166. See, also, 90 Misc. Rep. 396, 153 N. Y. Supp. 136.

PEOPLE v. McDONALD. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Proceeding by the People of the State of New York against Chas. McDonald. No opinion. Motion granted, and appellant allowed to print the affidavits and file them separately as part of the case on appeal. Settle order on notice.

PEOPLE, Respondent, v. McKENNA, Appellant. (Supreme Court, Appellate Division,